O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARCELLUS A. GREENE, SR., | ) No. CV 22-9117-DDP (JPR) |
| Petitioner, | ) **ORDER ACCEPTING MAGISTRATE** |
| | ) **JUDGE'S SUPERSEDING REPORT AND** |
| v. | ) **RECOMMENDATION** |
| BRANDON PRICE et al., | ) |
| Respondents. | ) |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, the other records on file herein, the Magistrate Judge's Superseding Report and Recommendation, and Petitioner's Objections to the Superseding R. & R. The Court accepts the findings and recommendations of the Magistrate Judge.

ACCORDINGLY, IT IS ORDERED THAT:

1. Respondent's motion to dismiss is granted, ground one of the Petition is denied, and ground two of the petition is dismissed.

2. Judgment be entered consistent with this order.

///

///

///

3. The clerk serve this Order and the Judgment on all counsel or parties of record.

DATED: August 21, 2024

_____
DEAN D. PREGERSON
U.S. DISTRICT JUDGE

2