JS - 6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARCELLUS A. GREENE, SR., | Case No. CV 22-9117-DDP (JPR) |
| Petitioner, | |
| v. | **J U D G M E N T** |
| BRANDON PRICE et al., | |
| Respondents. | |

Pursuant to the Order Accepting Magistrate Judge's Superseding Report and Recommendation,

IT IS HEREBY ADJUDGED that this action is dismissed with prejudice.

DATED: August 21, 2024

_____
DEAN D. PREGERSON
U.S. DISTRICT JUDGE